UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Platt, Mark

Case No.: 20-15306
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__John Michael McDonnell__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __June 16, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
4504 Spring Street  (1/2 owner)
Wall, New Jersey

FMV=$414,000

Liens on property:
Lien=$384,000

Minus 10% for Cost of Sale

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Chapter 7 Trustee
Address: 115 Maple Avenue, Red Bank, New Jersey 07701
Telephone No.: 732.383.7233

*rev.8/1/15*

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                          Case No. 20-15306-CMG
Mark Platt                                                      Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 2      Date Rcvd: May 12, 2020
                              Form ID: pdf905           Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2020.
db             #+Mark Platt,    4504 Spring St.,    Wall,    Wall, NJ 07753-6930
518793964       Amazon Capital Services, Inc.,    410 Terry Ave North,    Seattle, WA 98109-5210
518793965      +American Express,    PO Box 1270,    Newark, NJ 07101-1270
518793966      +Anne Platt,    127 Beethoven Ct.,    Eastport, NY 11941-1603
518793967      +Blue Mountain Arts,    PO Box 4549,    Boulder, CO 80306-4549
518793971      +CitiBank,    PO Box 6241,    Sioux Falls, SD 57117-6241
518793973      +Dickens Inc,    75 Austin Blvd,    Commack, NY 11725-5701
518793975      +EIS Collections,    PO Box 1398,    Reynoldsburg, OH 43068-6398
518793976      +Five Star Carting,    5835 47th St.,    Maspeth, NY 11378-2106
518793977      +Holman Frenia Allison,    680 Hooper Ave.,    Bldg B,    Toms River, NJ 08753-7780
518793978      +Julia & Associates,    5820 Ave N,    Brooklyn, NY 11234-4128
518793979      +Lisa Sclortino,    5820 Ave N,    Brooklyn, NY 11234-4128
518793981      +Paypal Working Capital Account,     PO Box 5018,    Timonium, MD 21094-5018
518793983      +Radius Global Solutions LLC,    500 North Franklin Turnpike,    Ste 200 Mail Code 747,
                 Ramsey, NJ 07446-1177
518793984      +Shellpoint Mortgage,    PO Box 19006,    Greenville, SC 29602-9006
518793987      +Wells Fargo,    PO Box 29482,    Phoenix, AZ 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 12 2020 23:38:47      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 12 2020 23:38:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518793968      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 12 2020 23:44:44      Capital One,
                 Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
518793972      +E-mail/Text: convergent@ebn.phinsolutions.com May 12 2020 23:39:08      Convergent,
                 800 SW 39th St,    PO Box 9004,    Renton, WA 98057-9004
518793974       E-mail/Text: mrdiscen@discover.com May 12 2020 23:37:44      Discover,    PO Box 15316,
                 Wilmington, DE 19850
518793970       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 12 2020 23:44:42      Chase,    PO Box 15548,
                 Wilmington, DE 19886
518793969       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 12 2020 23:44:29      Chase,    PO Box 1423,
                 Charlotte, NC 28201
518793980      +E-mail/Text: NCI_bankonotify@ncirm.com May 12 2020 23:37:41      Nationwide Credit, Inc,
                 PO Box 14581,    Des Moines, IA 50306-3581
518793982      +E-mail/Text: sheila.wood@preciousmoments.com May 12 2020 23:38:10      Precious Moments Co.,
                 PO Box 843205,    Kansas City, MO 64184-3205
518793985      +E-mail/PDF: ais.tmobile.ebn@americaninfosource.com May 12 2020 23:43:07      T-Mobile,
                 PO Box 752596,    Cincinnati, OH 45274-0001
518793986      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 12 2020 23:35:46
                 Verizon,    PO Box 920041,    Dallas, TX 75392-0041
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.



I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 14, 2020                                   Signature:   /s/Joseph Speetjens
```

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: May 12, 2020
                                  Form ID: pdf905          Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
              Brian D. Winters    on behalf of Debtor Mark  Platt kwwlawfirm@aol.com,
               garciakww@gmail.com;kimberlylrichterllc@gmail.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,    NJ95@ecfcbis.com,bcrowley@mchfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```